## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY RIVARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:21-cv-00178-GZS |
| | ) |
| SOCIAL SECURITY | ) |
| ADMINISTRATION COMMISSIONER, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 11, 2021, his Recommended Decision (ECF No. 4), which recommends the transfer of this case following a review pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff filed an Objection to the Recommended Decision (ECF No. 6) on July 27, 2021.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record. I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and thus determine that no further proceeding is necessary.

It is therefore **ORDERED** that:

1. the Recommended Decision of the Magistrate Judge (ECF No. 8) is hereby **AFFIRMED**.

2. this matter shall be transferred to the District of Vermont.

3.  Plaintiff's Application to Proceed without Prepaying Fees or Costs (ECF No. 2) is **MOOT**.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 29th day of July, 2021.